■ OSITADINMA OKEKE, Appellent, et al., Plaintiffs, v NATHAN MOMAH et al., Respondents, et al., Defendant. [17 NYS3d 305]—In an action, inter alia, for a declaratory judgment and injunctive relief, the plaintiff Ositadinma Okeke appeals from an order of the Supreme Court, Kings County (Demarest, J.), dated August 14, 2013, which denied his motion to disqualify the defendants' attorney from representing the defendants in this action and denied his separate motion for a preliminary injunction.

Ordered that the appeal is dismissed as academic, with costs.

In light of our determination that the defendants' motion for summary judgment dismissing the complaint for lack of personal jurisdiction was properly granted (*see Okeke v Momah*, 132 AD3d 648 [2015] [decided herewith]), we dismiss the instant appeal as academic (*see Goldbourne v Williams*, 175 AD2d 860 [1991]). Rivera, J.P., Roman, LaSalle and Barros, JJ., concur.